UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _VL_ D.C.
JUL 0 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA          CASE # __15 MC 80918 JMH__

VS

__ITZHAK AISIK GRYNSZTEIN__        PRISONER # __08153-104__

*************************************************************
TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI      FT. LAUDERDALE     (WEST PALM BEACH)     FT. PIERCE
*************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: __7/6/2015   12:00__

2) LANGUAGE(S) SPOKEN: __ENGLISH, SPANISH__

3) OFFENSE(S) CHARGED: __TITLE 18  3184__

4) U.S. CITIZEN   ☐ YES   ☒ NO   ☐ UNKNOWN

5) DATE OF BIRTH: __  /1966__

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   ☐ INDICTMENT
   ☒ COMPLAINT TO BE FILED/ALREADY FILED
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __S. DIST. OF FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER  ☒ YES   ☐ NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: __SA DANIEL Szczepanek__ DATE: __7/6/15__

9) AGENCY: __FBI__                              PHONE: __561-833-7717__