UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-MC-80918-JMH



IN THE MATTER OF THE EXTRADITION
OF ITZHAK AISIK GRYNSZTEIN

### GOVERNMENT'S NOTICE OF FILING
### OF EXTRADITION REQUEST AND RELATED DOCUMENTS

The United States respectfully files the following documents.

Exhibit 1 is a redacted copy of the English translation of the request for extradition by the Netherlands. Because the original includes the fugitive's full birth date and certain bank account numbers, filing of the unredacted request in a public document would violate Fed. R. Civ. P. 5.2(a). Therefore, the government will file the original extradition request, in English and Dutch, in a separate, sealed supplement.

Exhibit 2 is an original supplement to the request for extradition.

Exhibit 3 is the original affidavit of Julie B. Martin, Attorney-Adviser in the Office of Legal Affairs for the Department of State, Washington.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Marc Osborne
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1014
marc.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I will cause the foregoing to be mailed first class with the attachments to

Dennis G. Kainen
Weisberg Kainen Mark
1401 Brickell Ave Ste 800
Miami, FL 33131-3505.

_/s/ Marc Osborne_
Marc Osborne
Assistant United States Attorney

# United States District Court
## Southern District of Florida

Case Number: 15-MC-80918

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☒ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original or Letter of Understanding)

    ☐ CD, DVD, VHS Tape, Cassette Tape

    ☐ Other: _____

☐ **SCANNED**

    ☐ But Poor Quality

    ☐ Habeas Cases (State Court Record/Transcript)

Date: 8/31/15